UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC J. FLORES,<br><br>　　　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　　　Defendants | Case No. 2:19-cv-00254-JAD-NJK<br><br>ORDER |

**I.　DISCUSSION**

On February 14, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action no later than March 18, 2019. Docket No. 3 at 2. On March 4, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* until April 18, 2019. Docket No. 4. The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before April 18, 2019.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time, Docket No. 4, is GRANTED.

IT IS FURTHER ORDERED that, on or before April 18, 2019, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

1    IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: March 6, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE